NATHAN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. December 28, 1899.) Action by Joshua A. Nathan against the Metropolitan

Street-Railway Company. From a judgment for plaintiff, defendant appeals. Affirmed. Henry A. Robinson, for appellant. Joseph A. Green, for respondent.

FREEDMAN, P. J. There was sufficient testimony in this case, both upon the question of the negligence of the defendant and the freedom from contributory negligence on the part of the plaintiff, to raise a question of fact for the determination of the jury; and, it not appearing that injustice has been done, or that reversible error has been committed in either the reception or rejection of evidence, the judgment should be affirmed. Judgment affirmed, with costs.

MacLEAN, J., concurs. LEVENTRITT, J., takes no part.

